UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTELMO LOPEZ,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 08-866 (RMC) |
| ) | |
| **MICHAEL MUKASEY,** *et al.*, ) | |
| ) | |
| Respondents. ) | |

### ORDER TRANSFERRING CASE

Petitioner Antelmo Lopez, proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. §§ 2241, 2243 in this Court on May 19, 2008. This Court lacks jurisdiction over his habeas petition. Mr. Lopez must seek relief in the judicial district in which he is incarcerated. *Stokes v. U.S. Parole Comm'n*, 374 F.3d 1235, 1239 (D.C. Cir. 2004). Mr. Lopez is currently serving his sentence in the federal penitentiary in Oakdale, Louisiana. Accordingly, it is hereby

**ORDERED** that this case shall be **TRANSFERRED** to the United States District Court for the Western District of Louisiana; and it is

**FURTHER ORDERED** that the Clerk shall serve a copy of the petition and this Order on the Attorney General and the U.S. Attorney for the District of Columbia; and it is

**FURTHER ORDERED** that the Clerk shall serve a copy of this Order on Mr. Lopez, at the address listed below; and it is

**FURTHER ORDERED** that this case shall be closed and removed from the docket of this Court.

**SO ORDERED**.

Date: May 21, 2008                                          /s/
                                                    ROSEMARY M. COLLYER
                                                    United States District Judge

cc:
Antelmo Lopez
R26180-018
P.O. Box 5000
Federal Correctional Institution
Oakdale, LA 71463